Case 1:19-cr-00257-LTS   Document 18   Filed 12/11/19   Page 1 of 1

## LAW OFFICE OF ANTHONY STRAZZA
245 MAIN STREET, SUITE 420, WHITE PLAINS, NY, 10601
OFFICE: 914.844.1551 ♦ FAX: 914.517.5912 ♦ AS@STRAZZALAW.COM

---

**MEMO ENDORSED**

December 11, 2019

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/2019
```

**By ECF**
Hon. Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re:   United States v. Fabio Bretas De Freitas
      19 Cr. 257 (LTS)

Dear Judge Swain:

As the Court is aware, I represent Fabio Bretas De Freitas, the defendant in the above referenced matter. Mr. De Freitas's sentencing proceeding is scheduled for December 17, 2019. I am writing with the consent of the Government to respectfully request an adjournment of this proceeding as the defense needs more time to obtain information and materials that are relevant to sentencing. Our mitigation expert has suggested that I request an adjournment of approximately 6 weeks for this purpose. Accordingly, I am requesting that this matter be adjourned to a date and time that is convenient for Court during the first two weeks of February, 2020 (except for February 11, 2020). This represents my first request of this kind.

The Court's time and attention to this request are very much appreciated.

*Respectfully submitted,*

-s-

Anthony Strazza, Esq.

cc.   All parties (via ECF)

*The sentencing is adjourned to February 10, 2020, at 2:30 pm, and the related deadlines are modified accordingly. DE # 18 resolved.*

**SO ORDERED:**

/s/ LTS  12/13/19
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE