UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                                    No. 19-CR-257-LTS

BRETAS DE FREITAS,

                Defendant(s).
-------------------------------------------------------------X

## ORDER

The sentencing scheduled for February 10, 2020, is rescheduled to **February 12, 2020 at 3:00 p.m.** in Courtroom 17C.

Dated:  New York, New York
          February 6, 2020

                                                /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              United States District Judge