UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA,

   -v-                                                                                   No. 19 CR 0257

FABIO BRETAS DE FREITAS,

        Defendant.

-------------------------------------------------------x

## ORDER

        The Court has reviewed the defense sentencing submission, which includes documentation of a months-long series of requests by the Defendant for the results of a biopsy that took place in connection with an August 2019 diagnostic procedure. Defendant represents that, as of the time of the submission, no information regarding the results had been provided. The submission also includes several queries regarding the reasons for scheduling another procedure, requests for specialist consultations that appear to have gone without response, and documentation of a serious medical condition.

        The Bureau of Prisons is here by ordered to produce documentation of the biopsy results at Defendant's February 12, 2020, sentencing. Dr. Beaudouin or another member of the medical staff of the Metropolitan Correctional Center who has knowledge of Defendant's medical condition, records and treatment must attend the sentencing. Information regarding Defendant's condition and treatment is necessary for consideration in connection with the Court's sentencing determination under 18 U.S.C. Section 3553(a).

        The Office of the United States Attorney is ordered to notify the appropriate Bureau of Prisons staff immediately of the requirements of this Order.

        SO ORDERED.

Dated: New York, New York
       February 10, 2020

                                                               /s/ Laura Taylor Swain
                                                               LAURA TAYLOR SWAIN
                                                               United States District Judge