U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/2020

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 10, 2020

**BY ECF and FAX**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: <u>United States</u> v. <u>Fabio Bretas de Freitas</u>, S3 19 Cr. 257 (LTS)

Dear Judge Swain:

On or about February 10, 2020, the Court issued an order requiring that a member of the medical staff at the Metropolitan Correctional Center (the "MCC") with knowledge of defendant Fabio Bretas de Freitas's medical condition and treatment appear at the sentencing in the above-captioned case, which is currently scheduled for February 12, 2020 at 3:00 p.m. I have consulted with Nicole McFarland, the supervising attorney at the MCC. She has advised me that she is the only attorney at the MCC and will not be available on February 12, 2020 to accompany the personnel whose appearance the Court has ordered. The Government therefore respectfully requests that the sentencing be adjourned until February 19, 2020 or a later date that is convenient for the Court. Should the Court grant this adjournment, I will confer with Ms. McFarland and defense counsel to propose dates for the Court's consideration.

*The February 12, 2020, sentencing date is adjourned to a date to be determined. The Government shall consult with the participants and propose one or more adjourned dates.*

**SO ORDERED:**

/s/ Laura Taylor Swain  2/11/20
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

by: /s/ Benet J. Kearney
Benet J. Kearney
Andrew C. Adams
Assistant United States Attorney
(212) 637-2260 / 2340

cc: Anthony Strazza, Esq. (via ECF)