USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-26-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-

FABIO BRETAS DE FREITAS

           Defendant.

-------------------------------------------------------x

No. 19-CR-257 (LTS)

## Order

ORDERED that pursuant to sentence of time served imposed today, the defendant Fabio Bretas De Freitas is discharged from the custody of the U.S. Marshals Service.

SO ORDERED.

Dated: New York, New York
       February 25, 2020

_____
LAURA TAYLOR SWAIN
United States District Judge