UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA,

   -v-                                                              No.  19 CR 0257

FABIO BRETAS DE FREITAS,

        Defendant.

--------------------------------------------------------x

## ORDER

Counsel for the Government has informed the Court that the parties would like to address Defendant's restitution on submission.  As a result, the restitution proceeding scheduled to go forward on Thursday April 30, 2020, at 2:30 p.m. is adjourned to Thursday May 7, 2020, at 3:00 p.m..  If the parties would like to proceed with the rescheduled hearing, teleconference information will be provided by further order.

        SO ORDERED.

Dated: New York, New York
       April 29, 2020

                                                       /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                                   United States District Judge